UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DONALD P. MILIONE, D.C.,

                           Plaintiff,

-against-

HUMANA INSURANCE COMPANY OF NEW YORK; UNITED HEALTHCARE; OPTUMHEALTH CARE SOLUTIONS, LLC; OXFORD HEALTH PLANS,

                           Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/21/2020

20 Civ. 2100 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On March 16, 2020, the Court ordered the parties to submit a joint status letter and proposed case management order by May 20, 2020. ECF No. 4. Those submissions are now overdue. Accordingly, it is ORDERED that by **May 22, 2020**, the parties shall submit their joint letter and proposed case management plan.

SO ORDERED.

Dated: May 21, 2020
       New York, New York

                                        ANALISA TORRES
                                 United States District Judge