UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DONALD P. MILIONE, D.C.,

                  Plaintiff,

-against-

HUMANA INSURANCE COMPANY OF NEW YORK; UNITED HEALTHCARE; OPTUMHEALTH CARE SOLUTIONS, LLC; OXFORD HEALTH PLANS,

                  Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _6/19/2020_

20 Civ. 2100 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On May 22, 2020, the Court ordered the parties to submit their joint status letter and proposed case management plan by June 18, 2020, in advance of the initial pretrial conference scheduled for June 25, 2020. ECF No. 10. Those submissions are now overdue. Accordingly, it is ORDERED that by **June 22, 2020**, the parties shall file their joint letter and proposed case management plan.

SO ORDERED.

Dated: June 19, 2020
      New York, New York

                                        ANALISA TORRES
                                      United States District Judge