UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DONALD P. MILIONE, D.C.,

                        Plaintiff,

-against-

HUMANA INSURANCE COMPANY OF NEW YORK; UNITED HEALTHCARE; OPTUMHEALTH CARE SOLUTIONS, LLC; OXFORD HEALTH PLANS,

                        Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _10/2/2020_

20 Civ. 2100 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On September 16, 2020, the Court ordered Plaintiff to file proof of service of the Court's order to show cause and supporting documents on Defendants by September 25, 2020. ECF No. 33. That submission is overdue. Accordingly, it is ORDERED that by **October 7, 2020**, Plaintiff shall file proof of service as directed by the Court's September 16 order.

    SO ORDERED.

Dated: October 2, 2020
       New York, New York

                                                    ANALISA TORRES
                                             United States District Judge