UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DONALD P. MILIONE, D.C.,

                Plaintiff,

-against-

HUMANA INSURANCE COMPANY OF NEW YORK; UNITED HEALTHCARE; OPTUMHEALTH CARE SOLUTIONS, LLC; OXFORD HEALTH PLANS,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/7/2020

20 Civ. 2100 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On September 16, 2020, the Court set a briefing schedule for Plaintiff's motion for default judgment against Defendant Humana Insurance Company of New York ("Humana"), and ordered Plaintiff to serve copies of the Order to Show Cause and supporting document by personal service by September 23, 2020. ECF No. 33. On October 2, 2020, the Court directed Plaintiff to file proof of service by October 7, 2020. ECF No. 34. On October 5, 2020, Plaintiff filed a letter indicating that their attempt at personal service had failed due to the closure of Humana's office due to COVID-19. ECF No. 35. Accordingly, it is hereby ORDERED that:

    By **October 9, 2020**, Plaintiff shall serve copies of the Order to Show Cause and the supporting papers on Humana by Federal Express. In addition, Plaintiff shall serve Humana by service on the Secretary of State, pursuant to N.Y. Bus. Corp. Law § 306. If Plaintiff is aware of Humana's e-mail address, Plaintiff shall also serve Humana by e-mail. By **October 16, 2020**, Plaintiff shall file proof of service as directed by the Court's September 16 Order. ECF No. 33.

    SO ORDERED.

Dated: October 7, 2020
       New York, New York

                                            ANALISA TORRES
                                      United States District Judge